JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. WHITING, | Case No. EDCV 18-2652-CAS (JEM) |
| Plaintiff, | |
| v. | JUDGMENT |
| DEPARTMENT OF THE CALIFORNIA HIGHWAY PATROL, ET AL., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 9, 2023

*Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER
United States District Judge